**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Demetrius Smalls, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2017-000850

---

**ON WRIT OF CERTIORARI**

---

Appeal from Barnwell County
Maite Murphy, Circuit Court Judge

---

Memorandum Opinion No. 2019-MO-022
Submitted April 15, 2019 – Filed April 24, 2019

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Petitioner Demetrius Smalls' application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**